MJStar Reporting:INITIAL APPEARANCE, Length of Hearing (minutes): 5 min
ARRAIGNMENT, Length of Hearing (minutes): _____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 06 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

vs.

Justin Michael Tarinelli

Case No.: 4:17CR00313-11 JLH
Indictment

### PLEA AND ARRAIGNMENT REPORT

Plea Date: 12/6/2017
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ___ in custody
___ Deft did not appear
___ Clerk to issue warrant

---

### COUNSEL

Assistant U. S. Attorney: **Mike Gordon/Jana Harris** to be
Defense Counsel: CJA - Marjorie Rogers  (Appointed / Retained)
Interpreter's Name: _____

---

### PLEA

TRIAL BEFORE DISTRICT COURT | CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty X _____
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

Not Guilty _____
Guilty _____
Nolo Contendere _____

___X___ Demands Trial by Jury       _____ Waives Jury Trial
                                    Deft agrees _____
                                    Govt agrees _____

---

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

---

Number of Days estimated for Trial: **4 weeks**
Estimated Trial Date: **1/16/2018 @ 9:15 a.m., before the Honorable Judge J. Leon Holmes in Room 4D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 12/6/2017**       SO ORDERED: _____
                          U. S. MAGISTRATE JUDGE