# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:17-CR-00313-JLH

JOSE IGNACIO MEDINA-RIOS, *et al.*

## ORDER

The Clerk of the Court is directed to unseal the Indictment. Additionally, the Clerk is directed to provide an *unredacted* copy of the Indictment to each Defendant who has previously appeared in the case and been served with a *redacted* copy of the Indictment.

Dated this 27th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE