# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                                  PLAINTIFF

v.                                              NO. 4:17CR00313 JLH

JUAN HUMBERTO LUNA,
MARK CHRISTOPHER GILLESPIE,
JUSTIN MICHAEL TARINELLI,
MORGAN STEPHEN POOLE,
TAMARA MULLIGAN, TINA MARIE BASS,
CLAUDIA BISHOP, JUAN MANUEL
SANCHEZ-RICARDO, RICKY SHAWN
BENNETT, DAVID COLE NUNNELLY,
JAMES E. APPLEWHITE, JR.,
JEREMY LEWIS EARL, WESLEY MEEKS, JR.,
TYLER DENTON, JIMMIE RAY CANNON,
TOMMY PHILLIPS, JUSTON FIELDS,
and SHANNON LENAHAN                                                                                                     DEFENDANTS

## ORDER

Defendants Mark Christopher Gillespie, Justin Michael Tarinelli, Morgan Stephen Poole, Tina Marie Bass, Claudia Bishop, Juan Manuel Sanchez-Ricardo, Ricky Shawn Bennett, James E. Applewhite, Jr., Jeremy Lewis Earl, Wesley Meeks, Jr., Tyler Denton, Jimmie Ray Cannon, Tommy Phillips, and Shannon Lenahan were each assigned an initial trial date of January 16, 2018, following their respective plea and arraignment hearings. Subsequently, Juan Humberto Luna, Tamara Mulligan, David Cole Nunnelly, and Juston Fields were assigned a trial date of January 22, 2018, after appearing for plea and arraignment at a later date. Defendants Bennett, Nunnelly, and Fields have now filed motions for continuance of their respective trial dates. Documents #194, #195 and #200. The Court has determined that due to the number of defendants and attorneys in this case the most efficient manner of which to handle the motions for continuance will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motions for continuance must file a response in opposition on or before **JANUARY 11, 2018**. It will not be necessary for any defendant who supports the motions for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motions on or before January 11, 2018, joins in the motions for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 4th day of January, 2018.

                                                                 J. LEON HOLMES
                                                                  UNITED STATES DISTRICT JUDGE