# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                        NO. 4:17CR00313 JLH

JUAN HUMBERTO LUNA,
RICARDO RIVERA, MARK
CHRISTOPHER GILLESPIE,
JUSTIN MICHAEL TARINELLI,
MORGAN STEPHEN POOLE,
TAMARA MULLIGAN, TINA MARIE
BASS, CLAUDIA BISHOP, JUAN
MANUEL SANCHEZ-RICARDO,
RONALD A. RAMM, LELAND B.
MASTERS, RICKY SHAWN BENNETT,
DAVID COLE NUNNELLY, JOYCE
BELLE CLARKE, JAMES E. APPLEWHITE, JR.,
JEREMY LEWIS EARL, WESLEY MEEKS, JR.,
TYLER DENTON, JIMMIE RAY CANNON,
TOMMY PHILLIPS, JUSTON FIELDS,
SHANNON LENAHAN and ASHEA ROLLER                                              DEFENDANTS

## ORDER

Defendant Tina Marie Bass has filed a motion to continue the September 17, 2018, trial date in this matter. Document #326. The Court has determined that due to the number of defendants and attorneys in this case the most efficient manner of which to handle the motion to continue will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motion to continue must file a response in opposition on or before **AUGUST 2, 2018.** It will not be necessary for any defendant who supports the motion to continue to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before August 2, 2018, joins in the motion to continue and waives Speedy Trial

requirements up to and including the next scheduled trial date.

    IT IS SO ORDERED this 20th day of July, 2018.

                                            _____
                                            J. LEON HOLMES
                                            UNITED STATES DISTRICT JUDGE