UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                  **Plaintiff**

**v.**                                          **Case No.: 4:17–cr–00313–JLH**

**Justin Michael Tarinelli**                                                                                  **Defendant**
**(Other Custody)**

# NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for March 13, 2019, at 10:00 AM before Judge J. Leon Holmes in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** February 22, 2019                    AT THE DIRECTION OF THE COURT
                                                JAMES W. McCORMACK, CLERK

                                                **By:** _Cory D. Wilkins, Deputy Clerk_

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas