IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
MAR 13 2019
JAMES W. McCORMACK, CLERK
IN OPEN COURT
BY:_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:17CR00313-JLH-11 |
| ) | |
| JUSTIN MICHAEL TARINELLI ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Beginning on a date unknown but at least as early as January 1, 2015, until on or about November 1, 2017, in the Eastern District of Arkansas and elsewhere, the defendant,

JUSTIN MICHAEL TARINELLI,

conspired and agreed with others, known and unknown, to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and the amount of controlled substances involved in the conspiracy attributable to the defendant, JUSTIN MICHAEL TARINELLI, as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

CODY HILAND
United States Attorney

By: *[signature]*
MICHAEL GORDON
TX Bar Number 00795383
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600
E-Mail: michael.gordon@usdoj.gov