IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**
Counsel: <u>AUSA Mike Gordon</u>

v.   CASE NO. **4:17CR00313-11 JLH**

**JUSTIN MICHAEL TARINELLI**
Counsel: <u>Marjorie Rogers</u>

Judge: J. LEON HOLMES
Reporter: Kathleen Maloney
CRD: Cory Wilkins
Date: March 13, 2019

## MINUTES - FELONY WAIVER & PLEA TO SS INFORMATION

BEGIN: __10:19__ A.M. or _____ P.M.

✓ Court convenes for hearing;

✓ Defendant present with counsel; defendant sworn;

✓ Court inquires of defendant regarding understanding of proceedings;

✓ Court inquires of counsel regarding defendant's competency to proceed;

✓ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

✓ Defendant waives right to indictment, which the Court finds is voluntary;

✓ Defendant signs Waiver of Indictment in open court;

✓ Waiver of Indictment filed;   ✓ SS Information filed;   ✓ AUSA reads SS Information in open court;

✓ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

✓ Plea Agreement filed in open court;

✓ Government states proof for trial;

✓ Defendant pleads guilty to Count(s) __15__ of SS Information; plea accepted by the Court;

✓ Indictment dismissed on motion of government as to this defendant;

✓ Sentencing date to be set upon completion of presentence report;

____ Defendant released on O/R bond;
____ Defendant to remain on current conditions of bond pending sentencing;
✓ Defendant remanded to custody of U.S. Marshal pending sentencing.

____ Other:_____.

END: __10:44__ A.M. or _____ P.M.