## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                                              **Case No.: 4:17–cr–00313–JLH**

**Justin Michael Tarinelli**                                                                  **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

     PLEASE take notice that a Sentencing has been set in this case for August 27, 2019, at 10:15 AM before Judge J. Leon Holmes in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

     A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** April 24, 2019                              AT THE DIRECTION OF THE COURT
                                                      JAMES W. McCORMACK, CLERK

                                                      **By:** Cory D. Wilkins, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas