# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                        No. 4:17CR00313-11 JLH

JUSTIN MICHAEL TARINELLI                                    DEFENDANT

## ORDER

In every criminal case in which the defendant is convicted, whether the defendant has cooperated or not, immediately prior to the sentencing hearing the Court will convene a hearing to hear any statements that the parties wish to present, or any arguments that the parties wish to make, regarding the defendant's cooperation. That hearing will be conducted *in camera*, and the transcript of that hearing will be under seal. After the cooperation hearing is concluded, the sentencing hearing will be conducted separately. Cooperation will not be discussed during the sentencing hearing.

IT IS SO ORDERED this 24th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE